# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0438
L.T. Case No. 2004-CF-036389-A

_____

WALTER WHYNOT,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

Robert R. Berry, of The Law Office of Robert R. Berry P.A.,
Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel
Perrone, Assistant Attorney General, Daytona Beach, for Appellee.

December 2, 2025

PER CURIAM.

   AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____